```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 08244
   DARYL R TIDABACK
   DEANDRA TIDABACK                           CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-2203     SSN XXX-XX-8977


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/08/05 and confirmed on 05/11/05.

    2.  The case was dismissed after confirmation, 09/05/2008.

    3.  The Debtor paid a total of $  17250.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 1500.00 | 218.75 | 1122.07 |
| AMERICAN GENERAL FINANCE | SECURED | 1500.00 | 218.75 | 1122.07 |
| GMAC PAYMENT CENTER | SECURED | 12025.00 | 1753.15 | 8995.74 |
| BANK ONE/JPM CHASE | UNSECURED | 877.50 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1946.52 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1526.33 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4045.16 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1021.34 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3586.58 | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 977.16 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4077.10 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4325.46 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 333.20 | .00 | .00 |
| WAL MART | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 10296.33 | .00 | .00 |
| AMERICAN CENERAL FINANCE | UNSECURED | 497.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | 1207.51 | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 800.00 | .00 | 800.00 |

```
          Summary of disbursements:
```

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15025.00 | 800.00 | 34717.19 | .00 | 50542.19 |

```
PRINCIPAL PAID         11239.88        800.00            .00          .00    12039.88
INTEREST PAID           2190.65           .00            .00          .00     2190.65
TOTAL PAID             13430.53        800.00            .00          .00    14230.53
```

The Debtor's attorney, JOHN A REED                       , was allowed $    2700.00
and was paid $    406.00   direct and $    2294.00   through the plan.

The Trustee received $     725.47 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/12/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE